CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
J. MAX WEINTRAUB
Senior Litigation Counsel
ADRIENNE ZACK (CA Bar No. 291629)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
adrienne.m.zack@usdoj.gov
Attorneys for Defendant Rex Wayne Tillerson

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND JOSE DIVISION

| | |
|---|---|
| SABIA KHAN, | Case No.: 4:17-cv-1658-KAW |
| Plaintiff, | |
| vs. | Stipulation to Extend Time to Answer |
| REX WAYNE TILLERSON,[1] United States Secretary of State, | |
| Defendant. | |

Pursuant to Local Rule 6-1(a), the parties hereby stipulate and agree as follows:

1.      On or about March 27, 2017, Plaintiff Sabia Khan filed the instant action, seeking review of the State Department's denial of an immigrant visa for her son.

2.      On March 30, 2017, Plaintiff effected service on the United States Attorney's Office, making the Defendant's response due May 30, 2017.

3.      The parties hereby stipulate and agree to extend the time for Defendant to answer, plead, or otherwise respond by 60 days, to July 31, 2017.

[1] The Secretary's surname is Tillerson, rather than Tillerman.

Stipulation to Extend Time to Answer
No. 4:17-cv-1658                                        1

IT IS SO STIPULATED.

Dated: May 26, 2017                              Respectfully submitted,

/s/Alan M. Kaufman[2]                            CHAD A. READLER
ALAN M. KAUFMAN                                  Acting Assistant Attorney General
Kaufman & Kaufman                                Civil Division
369 Pine Street, Suite 218
San Francisco, CA  94104                         WILLIAM C. PEACHEY
Telephone: (415) 956-7770                        Director, District Court Section
                                                 Office of Immigration Litigation
Attorney for Plaintiff
                                                 J. MAX WEINTRAUB
                                                 Senior Litigation Counsel

                                                 /s/ Adrienne Zack
                                                 ADRIENNE ZACK
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division
                                                 Office of Immigration Litigation
                                                 District Court Section
                                                 P.O. Box 868, Ben Franklin Station
                                                 Washington, DC  20044
                                                 Telephone: (202) 598-2446
                                                 Facsimile: (202) 305-7000
                                                 E-mail: adrienne.m.zack@usdoj.gov

                                                 Attorneys for Defendant


# [Proposed] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall

answer, plead, or otherwise respond to the Complaint on or before July 31, 2017.



Date:  ___5/31_____, 2017

                                                 _Kandis Westmore_

                                                 The Honorable Kandis A. Westmore
                                                 United States Magistrate Judge

---

[2] I, Adrienne Zack, hereby attest that I obtained the concurrence of all parties to the filing of this document, as required by Local Rule 5-1(i)(3).

Stipulation to Extend Time to Answer
No. 4:17-cv-1658                          2