CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
COLIN A. KISOR
Deputy Director
ADRIENNE ZACK (CA Bar No. 291629)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
Telephone: (202) 598-2446
Facsimile: (202) 305-7000
adrienne.m.zack@usdoj.gov
Attorneys for Defendant Rex Wayne Tillerson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SABIA KHAN, | Case No.: 3:17-cv-1658-JD |
| Plaintiff, | |
| vs. | [Proposed] Order |
| REX WAYNE TILLERSON, United States Secretary of State, | |
| Defendant. | |

## [Proposed] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall answer, plead, or otherwise respond to the complaint on or before October 30, 2017. IT IS FURTHER ORDERED that the initial case management conference is continued to November 30, 2017, at 10:00 a.m. The related case management and ADR multi-option program deadlines are also continued accordingly.

1    Date:  September 13        , 2017

_____
The Honorable James Donato
United States District Judge

*[APPROVED — Judge James Donato]*

[Proposed] Order Extending Time
to Answer and Continuing
Case Management Conference
No. 4:17-cv-1658-JD                2